## Petty Offense Minute Sheet—Roanoke Division

**Defendant:** Aaron Pickett
**Counsel:** Christine Lee
**Hearing date:** 12/16/2021

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown
Court Reporter: K. Brown/
AUSA: Charlene Day
Ranger: Whitcomb

Time in court: 10:07 – 10:20

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [ ] ~~Defendant waives counsel.~~
- [ ] ~~Defendant requests appointment of counsel.~~ [x] FPD ~~or CJA~~ appointed.
- [ ] Motion for continuance by [ ] Defendant [ ] Government. Court trial continued to ____.
- [ ] Motion to dismiss by Defendant Government ____.
- [x] Court explains dft's right to an in person hearing. Dft waives that right and consents to proceed by VC.

| CASE NO(S) | Ct. | OFFENSE CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|---|---|
| 721P085 | 1 | Speeding 65/45 | G | TUA – 8hr in person DIP (19mph over) 90 days to complete. 6 mos – 6/16/2022 |

Cert. to FPD. Gov't will Dismiss.

- [ ] Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests. Defendant sentenced. (Judgment)
- [x] Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on terms and conditions and needs to report back to attorney. (Order TUA)
- [ ] Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on pretrial release. (Order TUA Probation)
- [ ] Court trial held. (Judgment/Order Dismissing)

**Payment Schedule** [ ] Today  [ ] 30 days  [ ] ___ days  [ ] other:

- [ ] Imprisonment as condition of probation  [ ] weekends as directed by BOP  [ ] immediate confinement
- [x] Defendant advised of rights on appeal
- [ ] 18 USC 3607

Additional information:
PA. DIP, 8hr in person
Comments from Gov.
Comments from ranger.
Comments from Dft's atty.
Court addresses dft.